NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELKIETO KALVANO MILLER,               )
                                      )
        Appellant,                    )
                                      )
v.                                    )       Case No. 2D18-3200
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
                                      )
———————————————————————————)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for
Manatee County; Brian A. Iten, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela Cordova
Papasov, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

        Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.